EL PUEBLO, DEMANDANTE Y APELADO, *v.* BIRD, ACUSADO Y
APELANTE.

APELACIÓN procedente de la Corte de Distrito de Guayama
en causa por delito de acometimiento y agresión con cir-
cunstancias agravantes.

No. 849.—Resuelto en junio 26, 1915.

ACOMETIMIENTO Y AGRESIÓN CON CIRCUNSTANCIAS AGRAVANTES—APRECIACIÓN DE
LA PRUEBA—PRUEBA CONTRADICTORIA.—Siendo en este caso la prueba contradic-
toria y no existiendo absolutamente nada en los autos que demuestre pasión,
prejuicio o parcialidad, o abuso de discreción, o error manifiesto por parte
del juez sentenciador al apreciar la prueba de una y otra parte, la sentencia
apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Jacinto Texidor.*

Abogado del Pueblo: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. HUTCHISON, emitió la opinión del
tribunal.

El acusado-apelante fué declarado culpable por la Corte
de Distrito de Guayama de un delito de acometimiento y
agresión con circunstancias agravantes. Los testigos de la
acusación declararon que el delito se cometió en la casa par-
ticular de una familia, habiendo insistido los testigos de la
defensa en el hecho de que cuando el golpe fué dado las par-
tes se encontraban paradas una frente a la otra: el acusado
en la acera y el agredido en la puerta de entrada a su casa.

No se ha alegado que la pena impuesta sea excesiva tra-
tándose de un castigo por acometimiento y agresión grave,
pero se alega que la corte cometió error al declarar proba-

dos los hechos en la forma en que fueron referidos por los testigos de la acusación. La sentencia muestra que la corte se basó en las declaraciones de estos testigos no existiendo prueba de ninguna circunstancia agravante que no fuera la de haber penetrado en la casa el acusado; pero no existe absolutamente nada en los autos que sugiera la existencia de parcialidad, pasión o prejuicio.

Además de la contradicción que hubo entre los testigos de la acusación y otros testigos oculares de la defensa existe también algún conflicto' en lo que respecta a ciertos detalles de menos importancia en las declaraciones que fueron aceptadas como verdaderas por la corte inferior, pero no aparece en los autos razón alguna por la cual este tribunal pudiera estar justificado en adoptar la teoría del apelante respecto al abuso de discreción o error manifiesto por parte del juez sentenciador al apreciar la prueba de una y otra parte.

Debe confirmarse la sentencia.

*Confirmada la sentencia apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociados Wolf, del Toro y Aldrey.